NUMBERS

 13-05-750-CV 

13-06-015-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________

 

MARSH
USA, INC. (DELAWARE) AND 

MARSH USA, INC. (TEXAS),                                    Appellants,

 

                                           v.

 

FILBERTO
ATKINSON,                                               Appellee.

_______________________________________________________

 

                  On appeal from the 94th  District
Court

                           of Nueces
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

    Before Chief
Justice Valdez and Justices Hinojosa and Yañez

                       Memorandum Opinion Per
Curiam

 








Appellants, MARSH USA, INC. (DELAWARE) AND MARSH USA, INC. (TEXAS), ET
AL.,  perfected an appeal from a judgment
entered by the 94th District Court of Nueces
County, Texas, in cause number 05-04515-C.  After the clerk=s record was filed, appellants, MARSH USA, INC.
(DELAWARE) AND MARSH USA, INC. (TEXAS), 
filed a motion to dismiss their appeal against appellee, FILBERTO
ATKINSON.  Appellants state that they
no longer wish to prosecute their appeal against appellee, FILBERTO
ATKINSON.  The appeal of appellants,
MARSH USA, INC. (DELAWARE) AND MARSH USA, INC. (TEXAS), and appellee, FILBERTO ATKINSON, is severed from the original appeal and is
docketed under cause number 13-06-015-CV.

Having considered
appellants=s motion to dismiss
the appeal and the documents on file, this Court is of the opinion that the
motion should be granted.  The motion to
dismiss the appeal of appellants, MARSH USA, INC. (DELAWARE) AND MARSH USA,
INC. (TEXAS), and appellee, FILBERTO ATKINSON, is hereby
granted.  The appeal of appellants, MARSH
USA, INC. (DELAWARE) AND MARSH USA, INC. (TEXAS), and appellee, FILBERTO
ATKINSON, in cause number 13-06-015-CV is ordered DISMISSED.  

The remaining issues
in the appeal will remain docketed under cause number 13-05-750-CV.

 

PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 26th day of January, 2006.